Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Rebekah Donaleski and Nicolas Roos, 212-637-2423/2421

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**LEV PARNAS**<br><br>*Defendant* | )<br>)<br>) Case No.  19 Cr.<br>)<br>)  **19 CRIM 725**<br>)<br>) |

**FILED**  1 0 2019  CLERK, U.S. DISTRICT COURT  ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __LEV PARNAS__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Sections 371, 1001(a)(2), 1519, and 2 and Title 52, United States Code, Sections 30121, 30122 and 30109(d)(1)(A) & (D)).

Date:  __10/09/2019__

*Issuing officer's signature*

City and state:  __New York, New York__      U.S.M.J. ONA T. WANG
                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/09/19, and the person was arrested on *(date)* 10/09/19
at *(city and state)*  Dulles, VA

Date: 10/10/19

*Arresting officer's signature*

Jeffrey F. Johannus
*Printed name and title*