# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-mj-00443 |
| Lev Parnas ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lev Parnas

Date: October 18, 2019

*Edward B. MacMahon, Jr.*
*Attorney's signature*

Edward B. MacMahon, Jr. Bar #: 25432
*Printed name and bar number*

EDWARD B. MACMAHON, JR., PLC
P.O. BOX 25
MIDDLEBURG, VA 20118

*Address*

ebmjr@macmahon-law.com
*E-mail address*

540-687-3902
*Telephone number*

540-687-6366
*FAX number*