UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA

HEARING: Bond Hearing  CASE #: 19mJ443

-vs-

DATE: 10/18/19   TIME: 2:00pm

TYPE: FTR RECORDER   DEPUTY CLERK: T. FITZGERALD

Lev Parnas

COUNSEL FOR THE UNITED STATES: K. Rumbaugh

COUNSEL FOR THE DEFENDANT: E. McMahon

INTERPRETER: _____  LANGUAGE: _____

( ) DEFENDANT APPEARED: ( ) WITH COUNSEL ( ) WITHOUT COUNSEL

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____ ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT # _____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: Deft. waived his appearance (orally) per counsel. Consent Amended Order Setting Conditions of Release filed and Granted in open court. (SEE Order for Complete Details)

CONDITIONS OF RELEASE:
($  ) UNSECURED ($  ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH
TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS  to be released once ALL conditions are met.
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS